AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Louis Meizlish     Telephone: (313) 226-9100
Special Agent: Matthew Rummell     Telephone: (313) 202-3500

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.

Jimvhontea Lee TURNER

Case No.    Case: 2:24−mj−30420
Assigned To : Unassigned
Assign. Date : 10/2/2024
Description: CMP USA V. TURNER (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 13, 2023** in the county of **Jackson** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Matthew Rummell - ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: **October 2, 2024**

_____
Judge's signature

City and state: Detroit, Michigan     Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew Rummel, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since September 2014. I have a bachelor's degree in criminal justice. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator School and the ATF's Special Agent Basic Training School. Prior to joining the ATF, I was employed, for approximately eight years, as a Parole Agent with the Michigan Department of Corrections. During that time, for approximately four years, I was assigned to a multi-jurisdictional task force comprised of federal, state, and local law enforcement agencies. Collectively, I have over 17 years of experience in law enforcement. Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States.

2. This affidavit is based upon information I have gained from my investigation, my training and experience, and from information

1

provided by law enforcement officers and others who have personal knowledge of the events and circumstances described herein. The information set forth in this affidavit is for the limited purpose of establishing probable cause and does not include all the information known to law enforcement related to this investigation.

3.  I submit this affidavit in support of a criminal complaint charging Jimvhontea Lee TURNER (DOB XX/XX/1999) with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

## PROBABLE CAUSE

4.  The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is investigating Jimvhontea TURNER for unlawfully possessing firearms and the theft of firearms. TURNER lives in Jackson and is a convicted felon.

5.  On or about August 14, 2023, the Jackson County Sheriff's Office was dispatched to a residence in that county and took a stolen-firearm report. The theft occurred the prior day.

6.  According to the victim, an individual who authorities later identified as TURNER was a guest on the property the prior day. The victim had allowed TURNER to shoot several of the victim's firearms.

2

After the guest departed, the victim noticed that one of his firearms was missing.

7. The stolen firearm was a Glock, Model 45, 9 mm pistol bearing serial number BKTB953. At the time of the report, TURNER was on federal supervised release for being a felon in possession of a firearm, 18 U.S.C. § 922(g)(1), and was also on state parole for a 2016 Michigan unarmed robbery.

8. Following the theft report, TURNER fled state and federal supervision and was arrested four days later. During his arrest, law enforcement recovered two of TURNER's electronic devices . Law enforcement obtained a search warrant for TURNER's electronic devices in furtherance of the firearm-theft investigation.

9. During a search of TURNER's devices, investigators observed numerous video recordings on one of TURNER's devices from August 13, 2023, in which TURNER was possessing firearms, including a Glock. The videos show TURNER in the theft victim's backyard shooting firearms, as well as posing with at least three firearms. Investigators also observed a still image of a Glock, Model 45, bearing

3

serial number BKTB953, the same firearm that was later reported stolen. The date of the picture was August 13, 2023.

10. I consulted with Jackson County investigators who have been at the victim's property. Deputy Shackelford recognized the victim in the videos on TURNER's phone and recognized the property in the videos as the victim's back yard. Additionally, numerous videos of TURNER shooting firearms had metadata, including GPS data, which identified his location during the recordings as the same as the victim's property.

11. Law enforcement also reviewed a Snapchat conversation that was saved on TURNER's phone. On or about August 13, 2023 (the day of the theft), the owner of the Snapchat account (boogieworld_yae Foe Kash) sent videos to another Snapchat user of TURNER shooting firearms. During the conversation, the owner of the account stated, "He got a lotta shit bro I'm bout to shoot out there rn." Additionally, the owner of the account said, "And I'm bout to see if he will give me one... If he do I'll sell or trade it's a Glock 45 new boi too 2 clips." The firearm was recovered approximately eight days after this conversation.

4

12. On August 22, 2023, approximately eight days after the Glock-theft report, Michigan State Police recovered the stolen firearm after a shooting. The shooter had fired the Glock 45 at a state police detective. The firearm was not in TURNER'S possession during the recovery and TURNER was not the suspected shooter.

13. I reviewed TURNER's criminal history. In September 2017, TURNER pled guilty in state court to felony unarmed robbery. This conviction occurred in Jackson and the offense resulted in a prison sentence in excess of one year.

14. In May 2019, TURNER pled guilty to another felony, being a felon in possession of a firearm, 18 U.S.C. § 922(g)(1). This conviction occurred in the Eastern District of Michigan and the offense resulted in a prison sentence in excess of one year.

15. I am aware that the Michigan Court Rules require state court judges to inform a criminal defendant of the maximum possible prison sentence for an offense before accepting a plea of guilty or nolo contendere to the charge. Additionally, I am aware that during plea proceedings, federal judges similarly inform defendants of the maximum penalty for their offense and also inform them that a felony

5

conviction will result in the loss of firearm rights. Therefore, because of TURNER's aforementioned guilty pleas, as well as the fact that he has served multiple prior prison terms in excess of one year, there is probable cause to believe he knew that he was a felon who had been previously convicted of a crime punishable by imprisonment for a term exceeding one year when he possessed firearms in August 2023.

16. On September 18, 2024, Deputy Shackelford and I interviewed TURNER while he was in custody at the Jackson County Jail for an unrelated offense. He said he understood his *Miranda* rights and agreed to waive them.

17. TURNER said that he had previously been convicted of a felony of being a felon in possession of a firearm and served a four-year prison sentence. TURNER said he was released from prison in approximately 2022. TURNER also said that he violated his federal supervised release in 2023 and returned to federal prison until June 2024.

18. We showed TURNER videos from his device extraction, from August 13, 2023. TURNER admitted the device was his and acknowledged that he was shooting numerous firearms that day and

6

described them as a Glock and a rifle with a scope. TURNER also described the property, which was consistent with the location of the victim's property.

19. On October 1, 2024, an ATF interstate nexus expert, Special Agent Mark Davis, reviewed the make and model information for the Glock 45 based on the description provided by law enforcement, following its recovery. Special Agent Davis advised that the Glock was manufactured outside of the state of Michigan, and thus concluded TURNER'S possession was in and affecting interstate or foreign commerce.

20. The victim's residence lies within the Eastern District of Michigan.

## CONCLUSION

21. There is probable cause to conclude that, on or about August 13, 2023, within the Eastern District of Michigan, Jimvhontea Lee TURNER was a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Matthew Rummel, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
Presence and/or by reliable electronic means.

_____
HON. KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Dated: October 2, 2024